```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 06 B 13358
     ANTOINETTE JOHNSON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-3060


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/18/2006 and was confirmed 12/07/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 09/20/2007.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
WILSHIRE CREDIT CORPORAT CURRENT MORTG          .00            .00            .00
WILSHIRE CREDIT CORPORAT MORTGAGE ARRE      2010.80            .00        2010.80
WILSHIRE MORTGAGE        NOTICE ONLY     NOT FILED             .00            .00
ASPIRE                   UNSEC W/INTER      453.00             .00            .00
LITTLE COMPANY OF MARY   UNSEC W/INTER   NOT FILED             .00            .00
CREDIT ONE BANK          UNSEC W/INTER   NOT FILED             .00            .00
AGRICULTURE PATHOLOGY CO UNSEC W/INTER   NOT FILED             .00            .00
PREMIER BANKCARD         UNSEC W/INTER      295.06             .00            .00
COMPREHENSIVE C          UNSEC W/INTER   NOT FILED             .00            .00
SANTANNA ENERGY          UNSEC W/INTER   NOT FILED             .00            .00
MIDLAND FINANCE          NOTICE ONLY     NOT FILED             .00            .00
MIDLAND FINANCE          NOTICE ONLY     NOT FILED             .00            .00
NATIONWIDE ACCEPTANCE~   NOTICE ONLY     NOT FILED             .00            .00
NBD BANK NA              NOTICE ONLY     NOT FILED             .00            .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER   NOT FILED             .00            .00
UNIVERSITY PLAZ          UNSEC W/INTER   NOT FILED             .00            .00
SELECT PORTFOLIO SERVICI NOTICE ONLY     NOT FILED             .00            .00
SELECT PORTFOLIO SERVICI NOTICE ONLY     NOT FILED             .00            .00
TRIBUNE EMCU             UNSEC W/INTER   NOT FILED             .00            .00
B-REAL LLC               UNSEC W/INTER     1283.20             .00            .00
DEBRA J VORHIES LEVINE   REIMBURSEMENT       14.00             .00          14.00
DEBRA J VORHIES LEVINE   DEBTOR ATTY      2,500.00                       2,500.00
TOM VAUGHN               TRUSTEE                                           275.20
DEBTOR REFUND            REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  4,800.00

PRIORITY                                         14.00

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 13358 ANTOINETTE JOHNSON
```

```
SECURED                                                      2,010.80
UNSECURED                                                         .00
ADMINISTRATIVE                                               2,500.00
TRUSTEE COMPENSATION                                           275.20
DEBTOR REFUND                                                     .00
                                     ----------------   ----------------
TOTALS                                       4,800.00           4,800.00
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
   Dated: 12/27/07                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```

                              PAGE   2
           CASE NO. 06 B 13358 ANTOINETTE JOHNSON